WARREN DAY BROWN, Respondent, v. MITCHELL-LEWIS MOTOR COMPANY, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs.  No opinion.  Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Davis, JJ.